IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES L. AHERN, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00685-P |
| | § | |
| ROBERT MOULTON BRIGGS. et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is the Report and Recommendation to the District Court on the Motion to Withdraw the Reference (ECF No. 5-1), entered on August 11, 2021, by United States Bankruptcy Judge Mark Mullin, recommending that the court grant the Motion to Withdraw the Reference (ECF No. 1-1). The Report and Recommendation further recommends that the Court grant the Motion to Remand returning the case to the state court. No objections to the Report and Recommendation were filed.

Having reviewed the Report and Recommendation, Motion to Withdraw the Reference, Motion to Remand (Bnkr. ECF No. 2-4[1]), response in opposition to the Motion to Withdraw the Reference, pleadings, and record, the court determines that the bankruptcy court's Report is correct. The Court therefore **ACCEPTS** the Report and Recommendation.

---

[1]The Motion to Remand can be found at the Official Court Electronic Document Filing System of the U.S. Bankruptcy Court for the Northern District of Texas.

Therefore, the Court hereby **GRANTS** the Motion to Withdraw the Reference (ECF No. 1-1) and **WITHDRAWS** the reference to the bankruptcy court. Additionally, the Motion to Remand is **GRANTED** and the Court hereby **ORDERS** that the case is **REMANDED** to the **394th Judicial District Court of Jeff Davis County, Texas**

The Clerk of this Court is **INSTRUCTED** to mail a certified copy of this Order to the District Clerk of Jeff Davis County, Texas.

**SO ORDERED** on this **3rd day** of **September, 2021**.

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE